ALVIN HAGER, Respondent, *v.* JESSE F. PADDLEFORD et al., Appellants. (Action No. 1.)

M. MORAN TRANSPORTATION LINES, INC., Respondent, *v.* JESSE F. PADDLEFORD et al., Appellants. (Action No. 2.)

Argued April 14, 1938; decided May 17, 1938.

516

*Robert E. Dineen, H._C. Stratton* and *V. D. Stratton* for appellants.

*Joseph B. Murphy, Donald M. Mawhinney* and *Phillip T. Young* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.